UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :

DAMIEN FRASER,                                                     :

                       Petitioner,                          :

                                                    :                21-CV-9904 (JMF)

         -v-                                               :

                                                    :                <u>ORDER</u>

DAVID HOWARD, Superintendent,                                     :

                       Respondent.                        :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received the attached letter-motion from Petitioner requesting an extension of his deadline to file a reply in support of his petition for writ of habeas corpus until July 3, 2022. Petitioner's application is hereby GRANTED. In fact, given the delay in receipt of Petitioner's letter, the deadline is extended as a courtesy to **July 15, 2022**.

      Petitioner is reminded that, per Rule 1(b) of the Court's Individual Rules and Practices in Civil Pro Se Cases, "[n]o documents or court filings may be sent directly to Chambers." Instead, Petitioner should mail communications with the Court to the Pro Se Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007.

      The Clerk of Court is directed to mail a copy of this Order to Petitioner.

      SO ORDERED.

Dated: June 29, 2022
      New York, New York

                                                                   JESSE M. FURMAN
                                             United States District Judge

Damien Fraiser
DIN: 17-A-2680
Woodbourne Correctional Facility
99 Prison Rd / P.O. Box 1000
Woodbourne, New York 12788-1000

May 15, 2022

Jesse M. Furman
United States District Court Judge
Southern District of New York
U.S. States Courthouse
40 Foley Sq., Room 1105
New York, N.Y. 10007

### RE: *Fraiser v. Howard*, 21 Civ. 09904 (JMF)(GWG)

Your Honor,

    I am the petitioner in the above-entitled petition for habeas corpus. On May 3, 2022, I was served, via U.S. Mail, a Declaration & Memorandum of Law from the office of the District Attorney in Bronx County, Jennifer L. Watson, an Assistant District Attorney that my Application for a Writ of Habeas Corpus should be dismissed or denied. Due to the Covid-19 pandemic and NYSDOCCS designated as congregated setting the continuous restriction placed on incarcerated individuals, at this time limits access to the law library. Although the facility tries to accommodate all incarcerated individuals with court imposed deadlines, as a Pro se litigant I am respectfully asking the Court's permission to grant an extension of time to file said objections. I respectfully ask that I am permitted to file my objections on or before July 3, 2022.

Thank you for your consideration and time in this matter.

Respectfully submitted,

Damien Fraiser
DIN: 17-A-2680
Woodbourne Correctional Facility
99 Prison Rd / P.O. Box 1000
Woodbourne, New York 12788-1000

Cc.:df/file
Gabriel Gorenstein, District Judge
Jennifer L. Watson, Assistant District Attorney