UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAMIEN FRASER,                                                    :
:
                Petitioner,                          :
:     21-CV-9904 (JMF)
        -v-                                                       :
:         ORDER
DAVID HOWARD, Superintendent,                                     :
:
                Respondent.                          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court's Order of June 30, 2022, *see* ECF No. 15, included the incorrect address for the Court's Pro Se Office (which has moved). All of Petitioner's communications with the Court should instead be mailed to the Pro Se Intake Office, Daniel Patrick Moynihan Courthouse, 500 Pearl St., Room 205, New York, NY 10007.

       The Clerk of Court is directed to mail a copy of this Order to Petitioner.

       SO ORDERED.

Dated: July 1, 2022
      New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge