UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

DAMIEN FRASER, DIN: 17-A-2680         21-cv-9904 (JMF)

        Petitioner

-against-                              **MOTION FOR EXTENSION**
                                                              **OF TIME TO FILE NOTICE**
                                                              **OF APPEAL**

DAVID HOWARD

        Defendant

-----------------------------------------------------X

      I, Damien Fraser, DIN: 17-A-2680 move under Rule 4(a) (5) of the Federal Rules of Appellate Procedure for an extension of time to file a Notice of Appeal in this action. I would like to appeal the judgment entered in this action on December 15, 2022. There is limited attendance that can participate in the law library. And for me to adequately prepare an Notice of Appeal given my lack of understanding and researching of the law, I respectfully submit this Motion for Extension of time requesting 60 days. Today I was given legal mail and received this judgment.

12-21-2022
Dated

Signature

Fraser Damien Omar
Name (Last, First, MI)

99 prison Road   WoodBourne   NY   12788-1000
Address           City         State  Zip Code

**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 20 and to mail a copy of this endorsed letter-motion to Petitioner.**

**SO ORDERED.**

**December 28, 2022**

**WOODBOURNE CORRECTIONAL FACILITY**
99 Prison Road
P.O. Box 1000
WOODBOURNE N.Y. 12788-1000

NAME: Damien Fraser    DIN: 17-A-2680

RECEIVED
SDNY PRO SE OFFICE
2022 DEC 27 PM 3:

LEGAL MAIL

WOODBOURNE
★
CORRECTIONAL FACILITY

NEOPOST        FIRST-CLASS MAIL
12/22/2022
US POSTAGE $000.57⁰
              ZIP 12788
              041M11284544

United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007