UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAMIEN FRASER,                                                    :
:
                Petitioner,                                          :
:      21-CV-9904 (JMF)
        -v-                                                       :
:      ORDER
DAVID HOWARD,                                                     :
:
                Respondent.                                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 13, 2023, Petitioner moved for an extension of time to file his notice of appeal.  *See* ECF No. 22.  The motion is GRANTED as unopposed.  *See id.*  Pursuant to Rule 4(a)(5)(C) of the Federal Rules of Appellate Procedure, Petitioner must file any notice of appeal **within fourteen days of the date of this Order**.

       The Clerk of Court is directed to mail a copy of this Order to Petitioner.

       SO ORDERED.

Dated: March 13, 2023
       New York, New York

                                                       _____
                                                             JESSE M. FURMAN
                                                         United States District Judge